UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNSON ELECTRIC NORTH AMERICA,
INC., a Connecticut corporation,

         Plaintiff,

v.

CRH NORTH AMERICA, INC., an Alabama
corporation,

         Defendant.

Case No. 2:10-cv-13184-VAR-MKM
Hon. Victoria A. Roberts
Magistrate Judge Virginia M. Morgan

_____

**DEFENDANT'S EX PARTE MOTION FOR ACCESS TO SEALED DOCUMENT**

      Defendant requests that the Court provide it access to Docket No. 37, a sealed docket entry.  Defendant is a party to this case and is entitled to access to the unsealed document but has been unable to locate it through other means.  Defendant respectfully requests that this Court provide Defendant with either electronic access to the document or the opportunity to make a hard copy of the unsealed document in Docket No. 37.  Defendant is not requesting that the document be unsealed for public access.  A proposed Order is attached as Exhibit A.

                                                   Respectfully submitted,

                                          /s/ Martha J. Olijnyk            .
                                         THE MILLER LAW FIRM, P.C.
                                         E. Powell Miller (P39487)
                                         Marc L. Newman (P51393)
                                         Martha J. Olijnyk (P60191)
                                         Counsel for Defendant
                                         950 W. University Drive, Suite 300
                                         Rochester, Michigan 48307
                                         (248) 841-2200
                                         (248) 652-2852 – Facsimile

Dated:  August 7, 2013               mjo@millerlawpc.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNSON ELECTRIC NORTH AMERICA,
INC., a Connecticut corporation,

        Plaintiff,

v.

CRH NORTH AMERICA, INC., an Alabama
corporation,

        Defendant.

Case No. 2:10-cv-13184-VAR-MKM
Hon. Victoria A. Roberts
Magistrate Judge Virginia M. Morgan

_____

**ORDER GRANTING DEFENDANT'S EX PARTE
MOTION FOR ACCESS TO SEALED DOCUMENT**

Defendant's Ex Parte Motion for Access to Sealed Document [37] is GRANTED. A copy will be provided to Martha J. Olijynk.

    ORDERED.

                        S/Victoria A. Roberts
                        DISTRICT COURT JUDGE

Dated: August 9, 2013